UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WEST SHORE HOMES, LLC, ) | |
| ) | |
| Plaintiff, ) | **DEFAULT** |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:21-CV-107-M** |
| NEIL WENZ, JACQUELINE WENZ, and EAST ) | |
| COAST SHOWER AND BATH, LLC, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Default judgment is hereby entered on the issue of liability in favor of West Shore Home, LLC and against Neil Wenz, Jacqueline Wenz, and East Coast Shower and Bath, LLC .

**This Judgment Filed and Entered on July 11, 2022, and Copies To:**

| | |
|---|---|
| Thomas G. Collins | (via CM/ECF electronic notification) |
| Sara E. Myirski | (via CM/ECF electronic notification) |
| Caroline Bassett Warren | (via CM/ECF electronic notification) |
| Neil Wenz | (Sent to 2331 Terra Cotta Cove Apt. 301 Land O Lakes, FL 34639 via US Mail) |
| Jacqueline Wenz | (Sent to 2331 Terra Cotta Cove Apt. 301 Land O Lakes, FL 34639 via US Mail) |
| East Coast Shower and Bath, LLC | (Sent to 139 Edmonson Drive Willow Spring, NC 27592 via US Mail) |

DATE:  PETER A. MOORE, JR., CLERK
July 11, 2022  (By) /s/ Nicole Sellers
  Deputy Clerk